**CEM**

**FILED**

**NOVEMBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6727**

In the Matter of

Case Number: 07-CV-

Capital Tax Corporation v. Mervyn Dukatt

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Capital Tax Corporation

**JUDGE NORGLE**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) <br> Glenn C. Sechen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Glenn C. Sechen | |
| FIRM <br> Schain, Burney, Ross & Citron, Ltd. | |
| STREET ADDRESS <br> 222 N. LaSalle Street, Suite 1910 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2538377 | TELEPHONE NUMBER <br> 312-332-0200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐