IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITAL TAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-C-6727 |
| | ) | |
| MERVYN DUKATT, | ) | Judge Norgle |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

## MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT

The Plaintiff, Capital Tax Corporation, by its attorneys, Schain, Burney, Ross & Citron, Ltd., hereby files its Motion for Extension of Time to Serve Defendant, and in support thereof states as follows:

1. On November 29, 2007, Capital Tax Corporation ("CTC") filed its Complaint against the Defendant, Mervyn Dukatt ("Dukatt").

2. Also on November 29, 2007, pursuant to Rule 4 (d) of the Federal Rules of Civil Procedure, CTC sent via Federal Express a letter to Dukatt requesting him to waive service of summons and enclosing a copy of the Complaint.  The letter and copy of the Complaint was sent to two of Dukatt's known addresses, one in Glencoe and the other in Chicago.  Tracking reports from Federal Express indicate that the letters were delivered on December 3, 2007.

3. On December 11, 2007, an attorney named Eric Parker of the law firm Stotis & Baird telephoned one of the attorneys for CTC, Glenn Sechen, regarding the Complaint.  Mr. Parker indicated that Mr. Dukatt had received the letter and copy of

the Complaint, and was thinking of retaining Mr. Parker to defend him in the lawsuit.

4. Dukatt failed to sign the waiver of service of summons by December 29, 2007, which was the 30 day deadline pursuant to Rule 4 of the Federal Rules of Civil Procedure.

5. Accordingly, On January 15, 2008, CTC sent a second letter advising Dukatt that it would be taking steps to achieve formal service of summons upon him, and advising that CTC would petition the Court to require him to pay the full costs of such service.

6. Shortly thereafter, a second attorney claiming to have been contacted by Dukatt telephoned one of the attorneys for CTC, Glenn Sechen, regarding the Complaint. The attorney, Mr. William Anaya of Arnstein & Lehr advised that he would waive service of process and file an appearance on Dukatt's behalf as soon as Dukatt paid his retainer fee. To date, no appearance has been filed.

7. In the meantime, CTC had summons issued by the Court, and hired special process server, United Processing, Inc. ("United"), to serve Dukatt.

8. Between January 17, 2008 and February 13, 2008, United attempted to serve Dukatt at his Glencoe address on four occasions, and at his Chicago address on four occasions. Each time, United was unsuccessful at serving summons upon Dukatt. Copies of United's attempted service logs are attached hereto as Exhibit A.

9. Dukatt knows about the lawsuit and has contacted lawyers to defend him, yet he continues to purposely evade service of summons.

10. Pursuant to Rule 4 (m) of the Federal Rules of Civil Procedure, if service of the summons and Complaint is not made upon Dukatt within 120 days after the filing of the Complaint, the Court shall dismiss the action without prejudice. In this case, the 120 day deadline expires on February 28, 2008.

11. Accordingly, the Plaintiff brings this Motion for Extension of Time to Serve Defendant for good cause, since the Defendant is purposely evading service of process and CTC has been diligently attempting to serve Dukatt at multiple addresses since January.

WHEREFORE, the Plaintiff, Capital Tax Corporation, requests this Court to grant its Motion for Extension of Time to Serve the Defendant, and to enter an order giving Capital Tax Corporation a minimum 60-day extension of time in which to serve Mervyn Dukatt, and to award such other and further relief as this Court deems proper.

Respectfully Submitted,

**CAPITAL TAX CORPORATION**

By:  s/ M. Hope Whitfield         -
       One of Its Attorneys

Glenn C. Sechen, ARDC #2538377
James R. Griffin, ARDC #6243030
M. Hope Whitfield, ARDC #6284253
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois  60601
(312) 332-0200

\\Sbrcfs2\home\HW\CTC\Dukatt Complaint\Motion-Extension-Time-Serve.doc