IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Capital Tax Corporation

vs.    Mervyn Dukatt

Case Number    07 C 6727

## AFFIDAVIT OF NON-SERVICE

I, Andrew Marek, being first duly sworn on oath deposes and states that I am over the age of 21 years and not a party to this action, and that I was unable to serve the following documents:

Summons in a civil case and Complaint

Upon:    Mervyn Dukatt

At:    739 Ivy Lane, Glencoe, IL 60062

Due to the following:

Service was attempted at the above said address on 1/17/08 at 9:00PM, 1/26/08 at 4:55PM, 2/1/08 at 7:45PM, and 2/13/08 at 8:20PM. There was no contact made with anyone at the address during any of the attempts. I believe that the individual may not be living at the address or may be out of town. I was unable to serve Mervyn Dukatt at the address.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_/s/ Andrew Marek_

Andrew Marek
United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL 60601
312.629.0140
IL License #117-001101

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Capital Tax Corporation

vs.   Mervyn Dukatt

Case Number   07 C 6727

### AFFIDAVIT OF NON-SERVICE

I, Tommie Levy, being first duly sworn on oath deposes and states that I am over the age of 21 years and not a party to this action, and that I was unable to serve the following documents:

Summons in a civil case and Complaint

Upon:   Mervyn Dukatt

At:   1410 South Clinton, Chicago, IL 60607

Due to the following:

Service was attempted at the above said address several times without contact with Mr. Mervyn Dukatt. I attempted service at the address on 1/21/08 at 10:00AM, 1/24/08 at 11:00AM, 2/4/08 at 9:00AM, and 2/12/08 at 3:30PM. I was told during one of the attempts that Mr. Duckatt is out of town and was give his phone number of 773.227.2160. The number goes to an answering service for Mr. Duckatt and the individuals I have spoken with do not know when he will be back in town. Service was not made at the above said address.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_Tom Ly_
Tommie Levy
United Processing, Inc.
55 West Wacker Drive
9th Floor
Chicago, IL 60601
312.629.0140
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Capital Tax Corporation,

    Plaintiff,

        v.

Mervyn Dukatt,

    Defendant.

CASE NUMBER: 07-C-6727

ASSIGNED JUDGE: Charles R. Norgle, Sr.

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Mr. Mervyn Dukatt
1410 S. Clinton
Chicago, Illinois 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glenn C. Sechen
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois 60601
(312) 332-0200

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA

(By) DEPUTY CLERK

JAN 15 2008

DATE