IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITAL TAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-C-6727 |
| | ) | |
| MERVYN DUKATT, | ) | Judge Norgle |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:

On the 27th day of February, 2008, at 8:30 a.m., we shall appear before the Honorable Sidney I. Schenkier or any judge sitting in his stead, in Room 1700 of the United States District Court, Northern District of Illinois, Eastern Division, and then and there present **Capital Tax Corporation's Motion For Extension of Time To Serve Defendant,** a copy of which is hereby served upon you.

                        Respectfully submitted,

                        **CAPITAL TAX CORPORATION**

                        s/ M. Hope Whitfield
                        M. HOPE WHITFIELD
                        One of its Attorneys

Glenn C. Sechen, ARDC #2538377
James R. Griffin, ARDC #6243030
Timothy J. McGonegle, ARDC #1840797
M. Hope Whitfield, ARDC #6284253
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois 60601
(312) 332-0200

## CERTIFICATE OF SERVICE

      I, M. Hope Whitfield, an attorney, certify that on February 21, 2008, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing ("ECF"), the following documents:

    **Notice of Motion**

    **Capital Tax Corporation's Motion For Extension of Time to Serve Defendant**

were served pursuant to the Court's ECF system to all parties through the ECF system.

                                                s/ M. Hope Whitfield
                                                M. HOPE WHITFIELD

\\Sbrcfs2\home\HW\CTC\Dukatt Complaint\NOM-2-21-2008.doc