Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6727 | **DATE** | 2/22/2008 |
| **CASE TITLE** | Capital Tax Corp. vs. Dukatt | | |

**DOCKET ENTRY TEXT**

Motion for Extension of Time to Serve Defendant [8] is granted.

*/s/ Charles R. Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|