IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITAL TAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-C-6727 |
| | ) | |
| MERVYN DUKATT, | ) | Judge Charles Norgle |
| | ) | |
| Defendant. | ) | |

**PLAITNIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF THE COMPLAINT, WITHOUT PREJUDICE, PURSUANT TO FRCP 41(a)**

The Plaintiff, Capital Tax Corporation, by its attorneys, Schain, Burney, Ross & Citron, Ltd., pursuant to Federal Rule of Civil Procedure 41(a), hereby files its Notice of Voluntary Dismissal of the Complaint, Without Prejudice, Pursuant to FRCP 41(a), and in support thereof states as follows:

1.   On November 29, 2007, Capital Tax Corporation ("CTC") filed its Complaint against the Defendant, Mervyn Dukatt ("Dukatt").

2.   On February 21, 2008, CTC filed a Motion for Extension of Time to Serve Defendant, due to the fact that Dukatt was evading service of process.  This Motion was granted pursuant to Judge Norgle's Order of February 27, 2008, and CTC received a additional 60 days (until April 27, 2008) to serve Dukatt.

3.   To date, CTC still has not achieved service of process upon Dukatt, and Dukatt has not filed an Appearance in this action.

1

4. Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff may dismiss its action without order of the court "by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs."

5. Federal Rule of Civil Procedure 41(a) also provides that, unless stated in the notice of dismissal, the dismissal shall be without prejudice.

6. Accordingly, the Defendant not having been served or having filed an Answer or other pleading, the Plaintiff is entitled to voluntarily dismiss the Complaint, without prejudice.

WHEREFORE, the Plaintiff, Capital Tax Corporation, requests this Court to enter its Notice of Voluntary Dismissal of the Complaint, Without Prejudice, Pursuant to FRCP 41(a), and to remove this case from its docket.

Respectfully Submitted,

**CAPITAL TAX CORPORATION**

By:   s/ M. Hope Whitfield         -
       One of Its Attorneys

Glenn C. Sechen, ARDC #2538377
James R. Griffin, ARDC #6243030
M. Hope Whitfield, ARDC #6284253
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois  60601
(312) 332-0200

\\Sbrcfs2\home\HW\CTC\Dukatt Complaint\Motion-Voluntarily-Dismiss-4-14-08.doc