IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CAPITAL TAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  07-C-6727 |
| | ) | |
| MERVYN DUKATT, | ) | Judge Norgle |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

## NOTICE OF FILING

TO:

Please take notice that, on the 14th day of April, 2008, Plaintiff filed its **Notice of Voluntary Dismissal of the Complaint, Without Prejudice, Pursuant to FRCP 41(a)**, with the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

Respectfully submitted,

**CAPITAL TAX CORPORATION**

s/  M. Hope Whitfield
M. HOPE WHITFIELD
One of its Attorneys

Glenn C. Sechen, ARDC #2538377
James R. Griffin, ARDC #6243030
Timothy J. McGonegle, ARDC #1840797
M. Hope Whitfield, ARDC #6284253
Schain, Burney, Ross & Citron, Ltd.
222 N. LaSalle Street, Suite 1910
Chicago, Illinois  60601
(312) 332-0200

# **CERTIFICATE OF SERVICE**

I, M. Hope Whitfield, an attorney, certify that on February 21, 2008, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing ("ECF"), the following documents:

**Notice of filing**

**Capital Tax Corporation's Notice of Voluntary Dismissal of the Complaint, Without Prejudice, Pursuant to FRCP 41(a)**

were served pursuant to the Court's ECF system to all parties through the ECF system.

s/ M. Hope Whitfield
M. HOPE WHITFIELD

\\SBRCFS2\HOME\HW\CTC\DUKATT COMPLAINT\NOF-4-14-08.DOC